In re   Bernadette Marie Kesler                              Case No.   2:10-bk-02377
                                     Debtor(s)               Chapter    7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Schedule F

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Arrowhead Hospital
PO Box 830913
Birmingham, AL  35283-0913

Emergency Physicians Professional Assn.
PO Box 40850
Mesa, AZ  85274

Date: March 17, 2010

Thomas G. Luikens 004584
Attorney for Debtor(s)
AYERS & BROWN, P.C.
4227 N. 32nd Streeet
First Floor
Phoenix, AZ 85018
602 468 5700 Fax:602 468 9300
tgllegalassistant@earthlink.net

B6F (Official Form 6F) (12/07)

In re    Bernadette Marie Kesler                                              Case No.  2:10-bk-02377
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 450060641<br><br>Arizona State Credit Union<br>2355 W. Pinnacle Peak Road<br>Phoenix, AZ 85027-1261 | | - | 9/2005<br>Installment account secured by stolen vehicle; amount currently due is amount not covered by gap insurance | | | | 1,184.00 |
| Account No. 40095966095<br><br>Arrowhead Hospital<br>PO Box 830913<br>Birmingham, AL 35283-0913 | | - | 12/7/2009<br>Emergency room services for daughter | | | | 635.00 |
| Account No. 40095962524<br><br>Arrowhead Hospital<br>PO Box 830913<br>Birmingham, AL 35283-0913 | | - | 12/6/2009<br>Emergency room services for daughter | | | | 626.00 |
| Account No. 5178 0573 1914 5103<br><br>Capital One Bank (USA) N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | | - | 11/2004<br>Revolving credit card account | | | | 4,902.00 |
| _7_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 7,347.00 |

In re   Bernadette Marie Kesler                                         Case No.   2:10-bk-02377
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gurstel, Staloch & Chargo, P.A.<br>64 E. Broadway Rd., Ste 255<br>Tempe, AZ 85282 | | | Representing:<br>Capital One Bank (USA) N.A. | | | | Notice Only |
| Account No.<br><br>NCO Financial Group<br>506 Prudential Road<br>Horsham, PA 19044-2308 | | | Representing:<br>Capital One Bank (USA) N.A. | | | | Notice Only |
| Account No. 5178 0572 6558 4057<br><br>Capital One Bank (USA) N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | | - | 3/2008<br>Revolving credit card account | | | | 926.00 |
| Account No. 6019 1630 0079 7175<br><br>Care Credit - GE Money<br>PO Box 960061<br>Orlando, FL 32896-0061 | | - | 9/2007<br>Revolving credit card account | | | | 1,730.00 |
| Account No.<br><br>LTD Financial Services, LP<br>7322 Southwest Freeway, #1600<br>Houston, TX 77074 | | | Representing:<br>Care Credit - GE Money | | | | Notice Only |

Sheet no. 1  of  7  sheets attached to Schedule of                                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    2,656.00

In re  Bernadette Marie Kesler  Case No. 2:10-bk-02377
_____,
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Paragon Way Inc<br>7500 Rialto Blvd<br>Bldg 1 Ste 100<br>Austin, TX 78735 | | | Representing:<br>Care Credit - GE Money | | | | Notice Only |
| Account No. 000084-018-518-14<br><br>Cit Bank / Vericrest Financial Inc.<br>PO Box 24330<br>Oklahoma City, OK 73124-0330 | | - | 11/2006<br>Installment account | | | | 2,800.00 |
| Account No. 40095966095<br><br>Emergency Physicians Professional Assn<br>PO Box 40850<br>Mesa, AZ 85274 | | - | 12/7/2009<br>Emergency room services for daughter | | | | 248.00 |
| Account No. 4610 0741 2903 0028<br><br>First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147 | | - | 2/2003<br>Revolving credit card account | | | | 578.00 |
| Account No. 633-228-049-11<br><br>GEMB - JCPenny<br>PO Box 960090<br>Orlando, FL 32896-0090 | | - | 10/2004<br>Revolving credit card account | | | | 2,304.00 |

Sheet no. 2 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,930.00

In re  **Bernadette Marie Kesler**  
Debtor

Case No. **2:10-bk-02377**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7981 9240 3208 5722<br><br>GEMB - Lowe's<br>PO Box 530914<br>Atlanta, GA 30353-0914 | | - | 11/2007<br>Revolving credit card account | | | | 911.00 |
| Account No.<br><br>NCO Financial Group<br>506 Prudential Road<br>Horsham, PA 19044-2308 | | | Representing:<br>GEMB - Lowe's | | | | Notice Only |
| Account No. 9303 0611 764<br><br>GEMB - Mervyns<br>PO Box 960013<br>Orlando, FL 32896-0013 | | - | 10/2006<br>Revolving credit card account | | | | 575.00 |
| Account No.<br><br>Zwicker & Associates, P.C.<br>PO Box 10069<br>Scottsdale, AZ 85271 | | | Representing:<br>GEMB - Mervyns | | | | Notice Only |
| Account No. 6032 2014 2197 0594<br><br>GEMB - Wal-Mart<br>PO Box 981400<br>El Paso, TX 79998 | | - | 8/2006<br>Revolving credit card account | | | | 1,439.00 |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,925.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  Bernadette Marie Kesler
       _____,
                Debtor

Case No.  2:10-bk-02377

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mann Bracken LLC<br>2727 Paces Ferry Road<br>One Paces West, Suite 1400<br>Atlanta, GA 30339 | | | Representing:<br>GEMB - Wal-Mart | | | | Notice Only |
| Account No.<br><br>Go Renter.Com<br>645 E. Missouri Avenue, Ste 270<br>Phoenix, AZ 85012 | | - | 2/2007<br>Outstanding balance on lease with Home America Property Management, LLC, for residence at 28031 N. 90th Lane, Peoria, AZ 85383, for the period 10/1/2006 to 9/30/2008 | | | | 15,000.00 |
| Account No.<br><br>H&L Medical Specialistls, Inc.<br>3014 N. Hayden Rd., Ste. 103<br>Scottsdale, AZ 85251 | | - | Medical services for daughter | | | | 87.20 |
| Account No. 5489 5551 2018 2037<br><br>HSBC Bank - Orchard Bank<br>PO Box 60102<br>City Of Industry, CA 91716-0102 | | - | 7/2003<br>Revolving credit card account | | | | 3,127.50 |
| Account No. 355753<br><br>Gurstel, Staloch & Chargo, P.A.<br>64 E. Broadway Rd., Ste 255<br>Tempe, AZ 85282 | | | Representing:<br>HSBC Bank - Orchard Bank | | | | Notice Only |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  18,214.70

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   Bernadette Marie Kesler

Case No. __2:10-bk-02377__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0328 6551 0007 9041 <br><br> HSBC Retail Services <br> PO Box 722929 <br> Houston, TX 77272-2929 | | - | 5/2008 <br> Revolving credit card account | | | | 2,455.00 |
| Account No. <br><br> United Recovery Systems, LP <br> P O Box 722929 <br> Houston, TX 77272-2929 | | | Representing: <br> HSBC Retail Services | | | | Notice Only |
| Account No. <br><br> Joy Christian School <br> 21000 N. 75th Avenue <br> Glendale, AZ 85308 | | - | 1/2005 <br> Tuition | | | | 5,000.00 |
| Account No. 047-6177-878 <br><br> Kohls / Chase <br> PO Box 2983 <br> Milwaukee, WI 53201-2983 | | - | 4/2007 <br> Revolving credit card account | | | | 539.00 |
| Account No. 317877 <br><br> Sonoran Mountain Ranch HOA <br> c/o AAMLLC <br> 7740 N. 16th Street, Ste. 300 <br> Phoenix, AZ 85020 | | - | 12/2007 <br> HOA dues and late fees | | | | 1,041.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    9,035.00

In re   Bernadette Marie Kesler                                Case No.   2:10-bk-02377
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1197125<br><br>Southwest Diagnostic Imaging<br>2323 W. Rose Garden Lane<br>Phoenix, AZ 85027-2530 | - | | 2/2008<br>Medical services | | | | 1,085.00 |
| Account No.<br><br>Bureau of Medical Economics<br>326 E. Coronado Rd, #205<br>Phoenix, AZ 85004-1524 | | | Representing:<br>Southwest Diagnostic Imaging | | | | Notice Only |
| Account No.<br><br>SRP<br>P O Box 2950<br>Phoenix, AZ 85062-2950 | - | | 8/2005<br>Electricity service. Debtor disputes this debt. | | | X | 335.00 |
| Account No. 640106614<br><br>NCO Financial<br>PO Box 41466<br>Philadelphia, PA 19101 | | | Representing:<br>SRP | | | | Notice Only |
| Account No. 4036 2499 9826 4900<br><br>SST/ Columbus Bank & Trust<br>PO Box 23060<br>Columbus, GA 31902-3060 | - | | 10/2005<br>Revolving credit card account | | | | 4,729.00 |

Sheet no. 6 of 7 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    6,149.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Bernadette Marie Kesler
          Debtor

Case No. 2:10-bk-02377

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 623-326-3427 / 480626228<br>T-Mobile<br>PO Box 51843<br>Los Angeles, CA 90051-6143 | | - | 5/2007<br>Two-year contract for cell phone | | | | 500.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  500.00

Total (Report on Summary of Schedules)  52,756.70

# United States Bankruptcy Court
## District of Arizona

In re    **Bernadette Marie Kesler**

Debtor(s)

Case No.    **2:10-bk-02377**
Chapter    **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __8__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __3/10/10__      Signature __Bernadette Marie Kesler__
                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.